DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SONEK v. SONEK

No. 93PA92

Case below: 105 N.C.App. 247

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 21 April 1992.

STATE v. BROOKS

No. 475PA91

Case below: 104 N.C.App. 139

Petition by defendant (Brooks) for writ of certiorari to the North Carolina Court of Appeals allowed 21 April 1992.

STATE v. EVANS

No. 72A92

Case below: 105 N.C.App. 236

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 April 1992.

STATE v. GARRETT

No. 91P92

Case below: 105 N.C.App. 443

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. HASKINS

No. 42P92

Case below: 104 N.C.App. 675

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.